THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SELECTIVE INSURANCE COMPANY
OF AMERICA,

    Plaintiff,

v.

ROBYN NOVITSKY, individually
and as Executrix of the Estate of
Kevin C. Novitsky, deceased,
VILLAGE AUTO SALES, INC., and
PATRICIA NOVITSKY, individually
and as the Executrix of the Estate
of Clement Novitsky, deceased,

    Defendants.

3:17-CV-2376
(JUDGE MARIANI)

## ORDER

AND NOW, THIS _18th_ DAY OF MARCH 2019, upon consideration of Defendants' Robyn Novitsky, Individually and as Executrix of the Estate of Kevin C. Novitsky, Deceased, and Village Auto Sales, Inc.'s Motion to Strike Plaintiff's Responses to Defendants' Statement of Undisputed Facts and Deem Facts Admitted (Doc. 29), **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** for the reasons discussed in the simultaneously filed Memorandum;

2. The Motion is **GRANTED** insofar as the following paragraphs are deemed admitted: ¶¶ 15, 51, 55, 57, 58, 60, 61, 63, 64, 76, 77

3. The motion is DENIED in that the following paragraphs are deemed disputed or otherwise excluded from consideration in the Court's recitation of undisputed material facts when considering the pending summary judgment motions : ¶¶ 16, 17, 18, 36, 56, 71, 74, 75, 78, 79, 80.

Robert D. Mariani
United States District Judge