# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY OF AMERICA, | : : : : | |
| Plaintiff, | : : : | |
| v. | : : | 3:17-CV-2376 (JUDGE MARIANI) |
| ROBYN NOVITSKY, individually and as Executrix of the Estate of Kevin C. Novitsky, deceased, VILLAGE AUTO SALES, INC., and PATRICIA NOVITSKY, individually and as the Executrix of the Estate of Clement Novitsky, deceased, | : : : : : : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS _15th_ DAY OF MARCH 2019, upon consideration of Defendants' motions for summary judgment (Docs. 9, 44) and Plaintiff's cross-motions for summary judgment (Docs. 17, 47), for the reasons set out in the simultaneously filed Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Summary Judgment of Defendants, Robyn Novitsky, Individually and as Executrix of the Estate of Kevin C. Novitsky, Deceased, and Village Auto Sales, Inc., (Doc. 9) is **DENIED**;

2. Insofar as the document titled "Defendant, Patricia Novitsky, Individually and as Executrix of the Estate Clement Novitsky, Deceased's Notice of Joinder Re: Motion

for Summary Judgment of Defendants, Robyn Novitsky, Individually and as Executrix of the Estate of Kevin C. Novitsky, Deceased" (Doc. 44) is presented, argued, and construed as an independent motion for summary judgment, the motion is **DENIED**;

3. Plaintiff Selective's Notice of Cross-Motion for Summary Judgment (Doc. 17) is **GRANTED**;

4. Plaintiff Selective's Notice of Cross-Motion for Summary Judgment Against Patricia Novitsky (Doc. 47) is **GRANTED**;

5. The Clerk of Court is directed to enter judgment in favor of Plaintiff and close this case.

Robert D. Mariani
United States District Judge